THE STATE EX REL. CONSOLIDATED BISCUIT COMPANY, APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Consol. Biscuit Co. v. Indus. Comm.*, 117 Ohio St.3d 541, 2008-Ohio-1738.]

(No. 2007–1027—Submitted March 25, 2008—Decided April 16, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Porter, Wright, Morris & Arthur, L.L.P., and Christopher C. Russell, for appellant.

Marc Dann, Attorney General, and Sandra E. Pinkerton, Assistant Attorney General, for appellee Industrial Commission of Ohio.

Fell & Marcus Co., L.P.A., and George N. Fell II, for appellee William D. McMonigal Jr.